IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Case No. 09-21360 |
| | ) |
| Bradley Ray Napier | ) Judge Morgenstern-Clarren |
| Bobbie Jo Napier | ) |
|    Debtors | ) Chapter 7 Case |

**REQUEST FOR NOTICE TO CREDITORS
TO FILE CLAIMS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

It appears to the trustee that there will be assets for distribution to creditors.

Please issue Notice to Creditors to File Claims.

    /s/ Sheldon Stein_____
SHELDON STEIN (0007292)
Post Office Box 5606
400 Terminal Tower
Cleveland, Ohio 44101
(216) 696-7449 Fax (216) 696-5329