Case No: 09-21360  PMC  Judge: PAT E. MORGENSTERN-CLARREN  Trustee Name: SHELDON STEIN
Case Name: Napier, Bradley Ray  Date Filed (f) or Converted (c): 12/01/09 (f)
Napier, Bobbie Jo  341(a) Meeting Date: 01/04/10
For Period Ending: 01/06/10  Claims Bar Date: 03/29/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SECURITY DEPOSITS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 800.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. RETIREMENT PLANS-401(k) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6. VEHICLES-1996 Audi | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. CONTINGENT CLAIMS-2009 Tax Refund (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $5,020.00  $1.00  $0.00  $1.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/01/10  Current Projected Date of Final Report (TFR): 12/01/10

/s/  SHELDON STEIN
_____ Date: 01/06/10
SHELDON STEIN

LFORM1